to the united states district court
for the eastern district of texas
sherman division

civil action number 4:13-cv-530-ras

UNITED STATES OF AMERICA,
   Plaintiff,
v.
CHRISTOPHER EWING and
WELLS FARGO HOME MORTGAGE,
   Defendants.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MAR 10 2014
DAVID J. MALAND, CLERK
BY
DEPUTY_____

## MOTION TO DISMISS

Motion to dismiss is hereby entered for insufficient process under Rule 12(b)(5) of the Federal Rules of Civil Procedure..

The process was abandoned and dropped at the door to a homeless woman by the attorney who is 1st counsel and principal to the matter. The prosecution can not abandon process at the door and consider the process made, especially in a case in which he is a principal in the matter. This is a violation of due process.

In addition, according to customary law and practice, a plaintiff only has one hundred twenty days to serve process after a lawsuit has been filed. That date was January 17th, 2014.

Therefore, this Motion to Dismiss is hereby timely entered for insufficient process under Rule 12(b)(5) of the Federal Rules of Civil Procedure..

A man,

christopher l'ewing

I, me, christopher ewing, executor, certify that on march 7th, 2014, I delivered by first class mail a copy of the foregoing "Motion to Dismiss" to the trial attorney in care of its law firm at 717 Harwood, suite 400, Dallas, Texas, and to WELLS FARGO HOME MORTGAGE in care of its registered agent, Corporation Service Company, dba CSC Lawyers incorporating Service Company, 701 N. St. Paul Street, Dallas, Texas.

*/s/ christopher t ewing*
christopher t ewing